D. Matthew Moscon (6947)
matt.moscon@stoel.com
Lauren E.H. DiFrancesco (14205)
lauren.difrancesco@stoel.com
STOEL RIVES LLP
201 South Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: 801–328–3131
*Attorney for Defendants*

## IN THE UNITED STATES DISTRICT COURT IN AND FOR
## THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>v.<br><br>INTERMOUNTAIN HEALTHCARE, INC. and SELECTHEALTH, INC.<br><br>        Defendants. | **DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>Case No. 2:18-CV-00807-RJS–PMW<br><br>Judge Robert J. Shelby<br>Magistrate Judge Paul M. Warner |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Intermountain Healthcare, Inc. and SelectHealth, Inc. hereby make the following disclosures:

Intermountain Health Care, Inc. is the parent of SelectHealth, Inc.

As not-for-profit organizations, Intermountain Health Care, Inc. and SelectHealth, Inc. do not have stock, and thus no publicly held corporation owns 10% or more of either organization's stock.

DATED:  January 10, 2019        STOEL RIVES LLP

        */s/ Lauren E.H. DiFrancesco*
        D. Matthew Moscon
        Lauren E.H. DiFrancesco
        *Attorneys for Defendants*

99795034.1 0046414-00009

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January, 2018, I caused copy of the foregoing

**NOTICE OF APPEARANCE OF LAUREN E.H. DIFRANCESCO** to be served via

ECF/CM filing on the following:

Andrew W. Stavros
Austin B. Egan
STAVROS LAW P.C.
8915 South 700 East, Suite 202
Sandy, Utah  84070
andy@stavroslaw.com
austin@stavroslaw.com

Meiram Bendat (*pro hac vice*)
PSYCH-APPEAL, INC.
8560 West Sunset Boulevard, Suite 500
West Hollywood, CA  90069
mbendat@phych-appeal.com

*/s/ Lauren E.H. DiFrancesco*

99795034.1 0046414-00009