IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JANE DOE, by LINDA SMITH, as her Personal Representative, on Ms. Doe's own behalf and, for certain claims, on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>INTERMOUNTAIN HEALTHCARE, INC., and SELECTHELATH, INC.,<br><br>　　Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>2:18-cv-00807-RJS-JCB<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Jared C. Bennett |

Before the court is the parties' Stipulated Motion for Dismissal with Prejudice.[1]  For good cause shown, the court GRANTS the motion and ORDERS as follows:

All claims asserted by Plaintiffs are DISMISSED WITH PREJUDICE.  Except as otherwise agreed, each party shall bear its own attorney fees and costs.

The Clerk of Court is directed to close the case.

DATED this 3rd day of January 2024.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[1] Dkt. 292.

1